RECEIVED
IN LAKE CHARLES, LA
APR 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 05-1248 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| TODD BROTHERS, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #13) is hereby **GRANTED** in favor of the United States of America and against defendant, the Succession of Maffle Billedeaux Todd, in the amount of $240,740.01, together with interest from June 7, 2005 until paid in full, said judgment to be *in rem* only against the mortgaged property. All costs of court are assessed against defendant.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE