RECEIVED
IN LAKE CHARLES, LA

APR 26 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. CV05-1248 |
| --- | --- | --- |
| VERSUS | * | JUDGE TRIMBLE |
| TODD BROTHERS, ET AL | * | MAGISTRATE JUDGE WILSON |

## JUDGMENT IN REM

This cause having come on regularly to be heard on Motion For Summary Judgment filed on behalf of plaintiff, the United States of America, due proof being made, the law and evidence being in favor thereof and considering the default entered on January 12, 2006:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, the United States of America, and against the defendants, Succession of Maffle Billedeaux Todd, Todd Brothers, Webster James Todd, Jr., Martha Bouquet Todd, Ben Joseph Todd, Betty Ann Todd and Katherine Todd Alito, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. §1961 as follows:

| | |
| --- | --- |
| Unpaid principal balance of $216,746.35 note dated February 10, 1987 | $216,651.97 |
| Accrued interest as of June 7, 2005 | 13,154.21 |
| Plus interest thereafter at the note rate of 5% until date of judgment | |
| Unpaid principal balance of $71,590.87 note dated February 10, 1987 | 8,827.84 |
| Accrued interest as of | |

June 7, 2005                                           2,105.99

Plus interest thereafter at the
note rate of 4.50% until date of
judgment

with full recognition of plaintiff's special mortgages, liens and privileges upon the following

described property, to-wit:

    1. A tract or portion of ground with all improvements thereon in
    Calcasieu Parish, Louisiana, described as:

Beginning at a 1-1/2" pipe on the East side of gravel road at a point 720.2 feet South of the Northeast corner of the Northwest quarter of the Northwest quarter (NW¼ of NW¼) of Section 3, Township 11 South, Range 7 West, thence West 340 feet to a 3/4" rod, thence North parallel to the East line of said forth 100 feet to a 1" galvanized pipe, thence East 340 feet to a 1" galvanized pipe located on the East line of said forty 100 feet North of point of beginning, thence South along the East line of said forty 100 feet to point of beginning.

    2. A tract or portion of ground with all improvements thereon in
    Calcasieu Parish, Louisiana, described as:

A tract of land containing 33.39 acres located in the Southwest Quarter (SW¼) of Section 3, Township 11 South, Range 7 West, described as follows: Commencing at the Southwest corner of said Section 3, thence go North 0 deg. 36' 38" East along the Section line a distance of 1206.04 feet, thence South 88 deg. 50' 30" East a distance of 1206.01 feet, thence South 0 deg. 37' 00" West a distance of 1206.03 feet to the South line of said Section 3, thence North 88 deg. 50' 31" West along said Section line a distance of 1205.88' to the point of commencement, Calcasieu Parish, Louisiana.

    LESS AND EXCEPT:

Commencing at a point which is N 00 degrees 36' 38" E, 603.02 feet from the Southwest corner of Section 3, T 11 S, R 7 W; thence N 00 degrees 36' 38" E, 603.02 feet; thence S 88 degrees 50' 30" E, 1206.01 feet; thence S 00 degrees 37' 00" W, 603.15 feet; thence N 88 degrees 50' 30" W, 1205.945 feet to the point of commencement.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the said

hereinabove described property be seized and sold by the United States Marshal for the Western

District of Louisiana, at public auction, **without appraisement**, for cash, to the highest bidder,

and that out of the proceeds of said sale plaintiff be paid by preference and priority over all other

persons whomsoever, the amount of the claim with interest; and that the amount realized from

said sale be recognized as full satisfaction of the judgment herein. Plaintiff shall have no right to

proceed against defendant for any deficiency judgment.

Finally, IT IS ORDERED that plaintiff have judgment for all costs of this proceeding.

JUDGMENT RENDERED AND SIGNED in Lake Charles, Louisiana, this 26th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE