RECEIVED
IN LAKE CHARLES, LA

AUG 3 1 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | CIVIL ACTION NUMBER |
|---|---|---|
| VERSUS | : | 05-1248 |
| TODD BROTHERS, ET AL. | : | JUDGE TRIMBLE<br>MAGISTRATE JUDGE WILSON |

### JUDGMENT

With the government's consent, the following defendants are hereby DISMISSED, without prejudice: Brian David Todd, Myra Todd Regan, Jennifer Todd, Tommy Allen Todd, Howard Keith Todd, and Eva Babin Todd (deceased).

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of August, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE